UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

———————————————————— )
                                                    )
KEITH MAYDAK, *et al.*,                              )
                                                    )
          Plaintiffs,                               )
                                                    )
     v.                                             )   Civil Action No. 97-2199 (EGS)
                                                    )   Document No.    323
UNITED STATES, *et al.*,                             )
                                                    )
          Defendants.                               )
———————————————————— )

MEMORANDUM OPINION

Plaintiffs move for reconsideration of the Order of March 30, 2007, "granting the United

States summary judgment as to the Secret Squirrel Photo File." Mot. at 1. Plaintiffs advance no

supporting argument on this particular issue but rather proceed to discuss the Court's partial

resolution of the Inmate Trust Fund Reimbursement Claim. Mem. Op. [Dkt. No. 320] at 2-3.

Because their arguments are repetitive of those previously considered and rejected, plaintiffs'

motion for reconsideration will be denied.

Also before the Court is defendant's supplemental declaration purportedly addressing the

remaining issue with regard to the reimbursement of monies to the inmate trust fund account at

FCI McKean. *See* Mem. Op. at 2. The declaration provides no further insight but simply

repeats known information, *i.e.*, that the Fund was reimbursed for "100% of the actual cost of the

duplicate photos." Declaration of Roberta J. Fitch [Dkt. No. 321-2] ¶ 5. It does not explain why,

consistent with reimbursement at the other affected BOP facilities, defendant did not reimburse

to FCI McKean "50 percent of the total cost of the original photos." Mem. Op. at 2. The Court

2

therefore will deny summary judgment to defendant on this claim and direct that an additional

deposit be made to the inmate trust fund account at FCI McKean to reflect the omitted amount.

Because this will resolve all outstanding issues, the Court will render judgment.[1]


                                          SIGNED:     EMMET G. SULLIVAN
                                          UNITED STATES DISTRICT JUDGE
DATE: August 20,  2007

---

[1] A separate Order accompanies this Memorandum Opinion.