**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
333 CONSTITUTION AVE., N.W.
WASHINGTON, D.C. 20001**

*David L. Scott*
*Assistant Chief Deputy for Operations*

Phone   (202) 354-3012
Fax      (202) 354-3185

July 31, 2008

Mr. Keith Maydak
500 Lincoln Highway
North Versailles, PA 15137

Dear Mr. Maydak:

This court is returning to you a check we received several months ago that has insufficient funds to pay the filing fees for an appeal in a case here, numbered 97cv2199. This check is drawn on a bank in Florida and includes no personal markings except for a quote in Latin at the top left, "Nullum Gratuitum Prandium Inc." Our financial administrator informs me that this is not a valid instrument without additional personal information, such as name and address of person submitting the check. Our office made several unsuccessful attempts to verify that this check was associated with a specific party.

And there is no free lunch. As I stated above, the check is insufficient to pay the filing fees for the appeal at hand by $5.00. If, in fact, this is your check and you wish to pay the filing fees, please resubmit a valid check payable to the Clerk, US District Court for the amount of $455.00 and we will apply it to your appeal. Please note that your appeal is in the Court of Appeals, held in abeyance until the fee issues are satisfied.

If I can provide you with additional assistance, please do not hesitate to contact me.

Sincerely,

David L. Scott

---

**NULLUM GRATUITUM PRANDIUM INC.**

5013
4/27/2008

**PAY TO THE ORDER OF:** Clerk, US District Court        **$450.00**

**BANK OF AMERICA, N.A.**
TAMPA, FL 33622-5118

For: Appeal fee in 97cv2199

B. Dodag

⑈5013⑈   ⑆063000047⑆:   229010329196⑈